```
 1  LORIE J. TEICHERT
    Attorney at Law
 2  California State Bar No. 142271
    1322 F Street
 3  Sacramento, CA  95814
    Telephone:  (916) 441-4410
 4  Facsimile:  (916) 441-4202

 5  Attorney for Defendant
    DECIDERIA FRANCO
 6
```

7                IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,       )   No. 2:08-cr-00178-MCE
                                    )
11           Plaintiff,             )
                                    )
12      v.                          )   STIPULATION AND
                                    )   ORDER
13  ABRAHAM BARRAGAN-ZEPEDA,et al.,)
                                    )
14           Defendants.            )
    _____ )
15

16       The above-captioned case is presently set for Status

17  Conference on June 5, 2008 at 9:00 a.m.  At the request of the

18  Court, this matter shall be scheduled for further Status

19  Conference on June 12, 2008 at 9:00 a.m.  THEREFORE, IT IS HEREBY

20  stipulated between the parties, Plaintiff United States of

21  America, by and through United States Attorney McGregor W. Scott

22  and Assistant United States Attorney Michael M. Beckwith, and

23  Defendant, Decideria Franco, through her attorney, Lorie J.

24  Teichert, and Rigoberto Garfias-Barragan, through his attorney,

25  Gilbert A. Roque, that the previously set Status Conference of

26  June 5, 2008 be continued to June 12, 2008 at 9:00 a.m.

27       It is further stipulated and agreed between the parties that

28  the period from June 5, 2008 through and including June 12, 2008,

                                    1

1  should be excluded in computing the time within which the trial
2  of the above criminal prosecution must commence for purposes of
3  the Speedy Trial Act for the purpose of defense preparation and
4  investigation.  The parties stipulate and agree that the
5  interests of justice served by granting this continuance outweigh
6  the best interests of the public and the defendants in a speedy
7  trial.  As such, this is an appropriate exclusion of time under
8  the Speedy Trial Act within the meaning of Title 18, United
9  States Code, section 3161(h)(8)(A) and (B)(iv), and Local Code
10 T4.

11 Dated: June 3, 2008        Respectfully submitted,

12                                /s/ Lorie J. Teichert
                                 LORIE J. TEICHERT
13                               Attorney for Defendant
                                 Decideria Franco
14

15                                /s/Gilbert A. Roque
                                 GILBERT A. ROQUE
16                               Attorney for Defendant
                                 Rigoberto Garfias Barragan
17

18 Dated: June 3, 2008          McGREGOR W. SCOTT
                                United States Attorney
19

20                              By: /s/ Michael M. Beckwith
                                   MICHAEL M. BECKWITH
21                                 Assistant U.S. Attorney

22                              ORDER

23 **IT IS SO ORDERED.**

24  Dated: June 10, 2008
25
26
27                              MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE
28

2