**FILED**
February 20, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )        Case No. CR. S-08-0178 MCE-6
           Plaintiff,            )
v.                               )        ORDER FOR RELEASE OF
                                 )        PERSON IN CUSTODY
DECIDERIA FRANCO,                )
                                 )
           Defendant.            )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DECIDERIA FRANCO</u>, Case No. <u>CR. S-08-0178 MCE-6</u>, Charge <u>Title 21 USC § § 846; 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    X    Release on Personal Recognizance

    __    Bail Posted in the Sum of $_____

          __    Unsecured Appearance Bond

          __    Appearance Bond with 10% Deposit

          __    Appearance Bond with Surety

          __    Corporate Surety Bail Bond

          __    (Other) _____

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>February 20, 2009</u> at    4:15    pm.

By _____
Dale A. Drozd
United States Magistrate Judge