LORIE J. TEICHERT
Attorney at Law
California State Bar No. 142271
1322 F Street
Sacramento, CA  95814
Telephone:  (916) 441-4410
Facsimile:  (916) 441-4202

Attorney for Defendant
DECIDERIA FRANCO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-00178-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND |
| | ) | ORDER |
| DECIDERIA FRANCO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The above-captioned case is presently set for Status Conference on May 21, 2009 at 9:00 a.m. IT IS HEREBY stipulated between the parties, Plaintiff United States of America, by and through Acting United States Attorney Lawrence Brown and Assistant United States Attorney Michael M. Beckwith, and Defendant, Decideria Franco, by and through her attorney, Lorie J. Teichert, that the previously set Status Conference of May 21, 2009 be continued to July 16, 2009 at 9:00 a.m.

It is further stipulated and agreed between the parties that the period from May 21, 2009 through and including July 16, 2009, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of

1

the Speedy Trial Act for the purpose of resolving any issues relating to the resolution of Defendant Franco's case in this District. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. As such, this is an appropriate exclusion of time under the Speedy Trial Act within the meaning of Title 18, United States Code, sections 3161(h)(1)(E) and 3161(h)(7)(A) and (B)(iv), and Local Code T4.

Dated: May 19, 2009                    Respectfully submitted,

                                        __/s/ Lorie J. Teichert___
                                        LORIE J. TEICHERT
                                        Attorney for Defendant
                                        Decideria Franco



Dated: May 19, 2009                    LAWRENCE BROWN
                                        Acting United States Attorney


                                        By: /s/ Michael M. Beckwith
                                        MICHAEL M. BECKWITH
                                        Assistant U.S. Attorney


                                        ORDER

**IT IS SO ORDERED.**

Dated: May 20, 2009

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE