1  LORIE J. TEICHERT
   Attorney at Law
2  California State Bar No. 142271
   1322 F Street
3  Sacramento, CA  95814
   Telephone:  (916) 441-4410
4  Facsimile:  (916) 441-4202

5  Attorney for Defendant
   DECIDERIA FRANCO
6

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   No. CR. S-08-178-MCE
                                )
12          Plaintiff,           )
                                )
13      v.                       )   STIPULATION AND ORDER
                                )
14 DECIDERIA FRANCO,             )
                                )
15          Defendant.           )
   _____)
16

17      The above-captioned case is presently set for Status

18 Conference on July 16, 2009 at 9:00 a.m. IT IS HEREBY stipulated

19 between the parties, Plaintiff United States of America, by and

20 through Acting United States Attorney Lawrence Brown and

21 Assistant United States Attorney Michael M. Beckwith, and

22 Defendant, Decideria Franco, by and through her attorney, Lorie

23 J. Teichert, that the previously set Status Conference of July

24 16, 2009 be continued to September 24, 2009 at 9:00 a.m.

25      It is further stipulated and agreed between the parties that

26 the period from July 16, 2009 through and including September 24,

27 2009, should be excluded in computing the time within which the

28 trial of the above criminal prosecution must commence for

                                    1

1  purposes of the Speedy Trial Act for the purpose of resolving any
2  remaining issues relating to the resolution of Defendant Franco's
3  case in this District.  The parties stipulate and agree that the
4  interests of justice served by granting this continuance outweigh
5  the best interests of the public and the defendants in a speedy
6  trial.  As such, this is an appropriate exclusion of time under
7  the Speedy Trial Act within the meaning of Title 18, United
8  States Code, sections 3161(h)(1)(E) and 3161(h)(7)(A) and
9  (B)(iv), and Local Code T4.

Dated: July 13, 2009            Respectfully submitted,

                                 /s/ Lorie J. Teichert
                                LORIE J. TEICHERT
                                Attorney for Defendant
                                Decideria Franco


Dated: July 13, 2009            LAWRENCE BROWN
                                Acting United States Attorney


                                By: /s/ Michael M. Beckwith
                                   MICHAEL M. BECKWITH
                                   Assistant U.S. Attorney


                                ORDER

**IT IS SO ORDERED.**

Dated: July 15, 2009

                                _____
                                MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE

2