```
 1  LORIE J. TEICHERT
    Attorney at Law
 2  California State Bar No. 142271
    1322 F Street
 3  Sacramento, CA  95814
    Telephone:  (916) 441-4410
 4  Facsimile:  (916) 441-4202

 5  Attorney for Defendant
    DECIDERIA FRANCO
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )   No. 2:08-cr-00178-MCE
                                  )
12            Plaintiff,          )
                                  )
13       v.                       )   STIPULATION AND
                                  )   ORDER
14  DECIDERIA FRANCO,             )
                                  )
15            Defendant.          )
    _____)
16
```

17         The above-captioned case is presently set for Status

18  Conference on September 24, 2009 at 9:00 a.m. IT IS HEREBY

19  stipulated between the parties, Plaintiff United States of

20  America, by and through Acting United States Attorney Lawrence

21  Brown and Assistant United States Attorney Michael M. Beckwith,

22  and Defendant, Decideria Franco, by and through her attorney,

23  Lorie J. Teichert, that the previously set Status Conference of

24  September 24, 2009 be continued to January 14, 2010 at 9:00 a.m.

25         It is further stipulated and agreed between the parties that

26  the period from September 24, 2009 through and including January

27  14, 2010, should be excluded in computing the time within which

28  the trial of the above criminal prosecution must commence for

                                    1

1 purposes of the Speedy Trial Act for the purpose of resolving
2 remaining issues relating to the resolution of Defendant Franco's
3 case in this District.  The parties stipulate and agree that the
4 interests of justice served by granting this continuance outweigh
5 the best interests of the public and the defendants in a speedy
6 trial.  As such, this is an appropriate exclusion of time under
7 the Speedy Trial Act within the meaning of Title 18, United
8 States Code, sections 3161(h)(1)(E) and 3161(h)(7)(A) and
9 (B)(iv), and Local Code T4.

10 Dated: September 22, 2009        Respectfully submitted,

11                                   /s/ Lorie J. Teichert
                                    LORIE J. TEICHERT
12                                  Attorney for Defendant
                                    Decideria Franco
13
14
15 Dated: September 22, 2009        LAWRENCE BROWN
                                    Acting United States Attorney
16
17                                  By: /s/ Michael M. Beckwith
                                        MICHAEL M. BECKWITH
18                                      Assistant U.S. Attorney
19
20                                  ORDER
21 **IT IS SO ORDERED.**
22 Dated: September 23, 2009
23
24                                  _____
25                                  MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE
26
27
28

2