BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2729

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-00178-MCE |
| Plaintiff, | ) | |
| v. | ) | MOTION TO DISMISS INDICTMENT AND ORDER |
| DECIDERIA FRANCO, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, moves this Court for an order dismissing the indictment against Decideria Franco in Case No. S-08-178 MCE, filed on April 16, 2008.  The eight-count indictment charges the defendant with violating 21 U.S.C. §§ 846 and 841(a)(1) – Conspiracy to Distribute Over 500 Grams of Methamphetamine.

This motion is made in the interest of justice in light of evidence discovered post indictment regarding the defendant's participation in the conspiracy to distribute methamphetamine and her actual involvement in the distribution of the methamphetamine at issue in this case.

1

1  The defendant is currently out of custody under the
2 supervision of a Pretrial Services Officer.
3
4 DATE: January 13, 2010                BENJAMIN B. WAGNER
                                        United States Attorney
5
6                                   By: /s/ Michael M. Beckwith
                                        MICHAEL M. BECKWITH
7                                       Assistant U.S. Attorney
8
9
10                         **O R D E R**
11
12
13
14 APPROVED AND SO ORDERED:
15
   Dated: January 14, 2010
16
17                              _____
18                              MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE
19
20
21
22
23
24
25
26
27
28

2